**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Dennis M. Parastino** | : CHAPTER 13 |
|     **xxx-xx-9440** | : CASE NO. 15-17909-JKF |
|     **Julia A. Parastino** | : |
|     **xxx-xx-0010** | : HEARING DATE: 11/17/2016 |
|     **547 Clearview Drive** | : TIME: 9:30 A.M. |
|     **Souderton, PA 18964** | : LOCATION: COURT ROOM No. 3 |
| | : United States Bankruptcy Ct. |
|     **Debtors** | : 900 Market St., 2nd Floor |
| | : Philadelphia, PA 19107 |

**ORDER**

AND NOW, this _____ Day of _____, 2016, the Motion of the Debtors to Incur Post-Petition Indebtedness is hereby GRANTED.

BY THE COURT:

*[signature]*

_____
Hon. Jean K. FitzSimon
U.S. Bankruptcy Judge

**Date: November 17, 2016**